662 A.2d 657

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David J. HIRSCH, Respondent.**

**No. 134 Disciplinary Docket No. 3.
Disciplinary Board No. 90 DB 95.**

Supreme Court of Pennsylvania.

July 26, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of July, 1995, there having been filed with this Court by David J. Hirsch his verified Statement of Resignation dated June 26, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of David J. Hirsch be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.